IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IGNACIO LOPEZ-RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 1:26-CV-01996-DAE |
| | § | |
| WARDEN, et al., | § | |
| | § | |
| Respondents. | § | |
| | § | |

## ORDER

Before the Court is the status of the above-captioned case.  On July 22, 2026, this Court issued an Order to Show Cause to Respondents.  (Dkt. # 3.) The Court hereby **VACATES** that order in all respects.  (Id.)

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 24, 2026.

_____
David Alan Ezra
Senior United States District Judge

1